# United States Bankruptcy Court
## District of North Dakota

In re The Medical Group, LLC — Debtor(s)

Case No. 26-30888
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 10/30/2026

*Dr. Khaled Rabadi*
Dr. Khaled Rabadi/Owner
Signer/Title

BioTe Medical
1875 W Walnut Hill Lane
Suite 100
Irving, TX 75038

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Office of State Tax Commissioner
600 E. Boulevard Ave. Dept. 127
Bismarck, ND 58505-0599