United States Bankruptcy Court
District of North Dakota

In re: Case No. 26-30888-skh
The Medical Group, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3 User: admin Page 1 of 3
Date Rcvd: Oct 30, 2026 Form ID: 309F1 Total Noticed: 67

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Medical Group, LLC, 5750 S Washington Street, Grand Forks, ND 58201-7593 |
| aty | + | Maurice VerStandig, The Dakota Bankruptcy Firm, 1630 1st Avenue N, Suite B PMB 24, Fargo, ND 58102-4246 |
| intp | + | Khaled Rabadi, Grand Forks Clinic, 5750 South Washington Street, Grand Forks, ND 58201-7593 |
| 1147806 | + | Alliantgroup, 3009 Post Oak Blvd Suite 2000, Houston, TX 77056-6599 |
| 1147808 | | American Proficiency Institute, PO Box 7592, Carol Stream, IL 60197-7592 |
| 1147809 | | Amerisourcebergen, PO Box 100741, Pasadena, CA 91189-0741 |
| 1147810 | | Anderson Bottrell Sanden & Thompson, 4132 30th Ave S. Suite 100 PO Box 10247, Fargo, ND 58106-0247 |
| 1147812 | + | Bederson Accountants & Advisors, 100 Passaic Ave, Suite 310, Fairfield, NJ 07004-3508 |
| 1147814 | | Blue Cross Blue Shield of ND, PO Box 6005, Fargo, ND 58108-6005 |
| 1147815 | + | Bruce Hanson, 606 40th Ave S, Grand Forks, ND 58201-7702 |
| 1147816 | + | C&R Laundry & Cleaners, Inc., 1010 North 5th Street, Grand Forks, ND 58203-2443 |
| 1147817 | | County of Grand Forks, PO Box 5638, Grand Forks, ND 58206-5638 |
| 1147818 | | DCN, LLC, PO Box 2484, Fargo, ND 58108-2484 |
| 1147820 | + | DocuShred, 42424 240th St SW, East Grand Forks, MN 56721-9605 |
| 1147823 | | EMD Millipore Corporation, 25760 Network Place, Chicago, IL 60673-1257 |
| 1147821 | | Eide Bailly, LLP, PO Box 88678, Milwaukee, WI 53288-8678 |
| 1147822 | + | Electro Watchman, One West Water St. Suite 110, St. Paul, MN 55107-2000 |
| 1147824 | + | EverCommerce Solutions, Inc. ISALUS, LLC, 3601 Walnut St. Suite 400, Denver, CO 80205-4098 |
| 1147826 | + | FSS Technologies, 3858 Bestech Dr., Suite F, Ypsilanti, MI 48197-3294 |
| 1147825 | + | First Western Bank & Trust, 855 26th Ave E, West Fargo, ND 58078-6613 |
| 1147827 | + | Full Bore Underground, Inc., 1490 Balsam Rd, Bemidji, MN 56601-7712 |
| 1147828 | | GE Healthcare, PO Box 640200, Pittsburgh, PA 15264-0200 |
| 1147829 | + | Grand Forks Utility Billing, 255 N 4th St, Grand Forks, ND 58203-3723 |
| 1147831 | + | Guerbet, 214 Carnegie Center, Suite 300, Princeton, NJ 08540-6237 |
| 1147830 | + | Guerbet, Dept 2917, Carol Stream, IL 60132-0001 |
| 1147832 | + | Hanover Insurance, 204 W North St., Hanover, KS 66945-9060 |
| 1147834 | + | Kelly Carlson, 3904 Cedar Circle, Grand Forks, ND 58201-3545 |
| 1147835 | | Lenovo Financial Services, 21146 Network Place, Chicago, IL 60673-1211 |
| 1147836 | + | Liberty Business, 3431 4th Avenue South, Fargo, ND 58103-2227 |
| 1147844 | #+ | MMP Capital, 19 Engineers Lane, Farmingdale, NY 11735-1207 |
| 1147975 | | Maurice B. VerStandig, Esq., The Dakota Bankruptcy Firm, 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota 58102-4246 |
| 1147837 | | McKesson Medical Surgical, PO Box 933027, Atlanta, GA 31193-3027 |
| 1147838 | | Medical Protective Company, 23289 Network Place, Chicago, IL 60673-1232 |
| 1147839 | + | Melissa Bakke, 1498 Norchip Circle, Grand Forks, ND 58201-3702 |
| 1147841 | + | Midwest Radiology, PO Box 2923, Indianapolis, IN 46206-2923 |
| 1147845 | + | Newman Signs, Inc., PO Box 1728, Jamestown, ND 58402-1728 |
| 1147846 | + | Nodak Electric Cooperative, 4000 32nd Ave S, Grand Forks, ND 58201-5944 |
| 1147847 | | Northern Plains Laboratory, PO Box 2036, Bismarck, ND 58502-2036 |
| 1147848 | + | Numana SEO, 26174 E Applewood Pl., Aurora, CO 80016-6138 |

| | | |
|---|---|---|
| 1147851 | + | PIRS Capital (Poseidon), 1688 Meridian Ave Ste 700, Miami Beach, FL 33139-2713 |
| 1147850 | | Pathology Consultants, PO Box 2036, Bismarck, ND 58502-2036 |
| 1147853 | + | Premium Waters, PO Box 9128, Minneapolis, MN 55480-9128 |
| 1147854 | + | Property Resources Group, 4609 33rd Ave S, Suite 400, Fargo, ND 58104-1001 |
| 1147855 | + | Radiation Physics Consultants, 2353 Iowa Ave, Superior, WI 54880-4516 |
| 1147856 | | Ramsoft USA, Inc., Dept 2275 PO Box 122275, Dallas, TX 75312-2275 |
| 1147857 | | Richard or Roxanne Ray, 9099 32nd Ave S, Grand Forks, ND 58201-9115 |
| 1148024 | + | Robert Hjeldness and Michael Hjeldness, c/o BDH, Inc., 2036 9th St SE, East Grand Forks, MN 56721-3024 |
| 1147859 | + | Robert Hjeldness and Michael Hjeldness, c/o BDH, Inc. 2036 9th St SE, East Grand Forks, MN 56721-3024 |
| 1147860 | | Siemens Healthcare Diagnostics, PO Box 121102, Dallas, TX 75312-1102 |
| 1147861 | | Siemens Medical Solutions USA Inc., Dept. CH 14195, Palatine, IL 60055-4195 |
| 1147862 | | TF Group, Inc. d/b/a Taycor Financial, 100 N PCH, 15th Floor, El Segundo, CA 90245 |
| 1147863 | | Travelers CL & Specialty Remittance Cent, PO Box 660317, Dallas, TX 75266-0317 |
| 1147864 | + | Twilight Commercial Cleaning LLC, PO Box 10945, Fargo, ND 58106-0945 |
| 1147866 | | USAble Life, PO Box 204678, Dallas, TX 75320-4678 |
| 1147867 | + | Vanessa Kes, 5935 Sylvia Circle, Grand Forks, ND 58201-7758 |

TOTAL: 55

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: skinsella@fredlaw.com | Oct 30 2026 17:12:00 | Steven R Kinsella, Fredrikson & Byron, P.A., 60 South Sixth Street, Ste 1500, Minneapolis, MN 55402 |
| 1147807 | | Email/PDF: bncnotices@becket-lee.com | Oct 30 2026 17:24:20 | American Express, PO Box 60189, City of Industry, CA 91716-0189 |
| 1147813 | | Email/Text: bankruptcy_notices@bio-rad.com | Oct 30 2026 17:12:00 | Bio-Rad Laboratories, Inc., PO Box 849740, Los Angeles, CA 90084-9740 |
| 1147819 | ^ | MEBN | Oct 30 2026 16:51:27 | De Lage Landen Financial Services, Inc., PO Box 825736, Philadelphia, PA 19182-5736 |
| 1147833 | | EDI: IRS.COM | Oct 30 2026 20:55:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 1147840 | ^ | MEBN | Oct 30 2026 16:51:26 | Midcontinent, PO Box 5010, Sioux Falls, SD 57117-5010 |
| 1147842 | | EDI: MINNDEPREV.COM | Oct 30 2026 20:55:00 | Minnesota Department of Revenue, 600 N Robert St., St. Paul, MN 55101 |
| 1147849 | | Email/Text: ecftax@nd.gov | Oct 30 2026 17:12:00 | Office of State Tax Commissioner, 600 E. Boulevard Ave. Dept. 127, Bismarck, ND 58505-0599 |
| 1147852 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 30 2026 17:12:00 | PNC Bank, 300 Fifth Ave, Pittsburgh, PA 15222 |
| 1147858 | ^ | MEBN | Oct 30 2026 16:51:27 | RingCentral, 20 Davis Drive, Belmont, CA 94002-3002 |
| 1147865 | + | Email/Text: bankruptcynotices@sba.gov | Oct 30 2026 17:12:00 | US Small Business Administration, 409 3rd St. SW, Washington, DC 20416-0005 |
| 1147868 | | Email/Text: dlbankruptcy_estate@xcelenergy.com | Oct 30 2026 17:12:00 | Xcel Energy, PO Box 9477, Minneapolis, MN 55484-9477 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 1148007 | *+ | Alliantgroup, 3009 Post Oak Blvd, Suite 2000, Houston, TX 77056-6599 |
| 1148008 | * | American Express, PO Box 60189, City of Industry, CA 91716-0189 |

| | | |
|---|---|---|
| 1148009 | * | Amerisourcebergen, PO Box 100741, Pasadena, CA 91189-0741 |
| 1148010 | * | Anil Potti, PO Box 17206, Chapel Hill, NC 27516-7206 |
| 1148011 | *+ | Bederson Accountants & Advisors, 100 Passaic Ave, Suite 310, Fairfield, NJ 07004-3508 |
| 1148012 | * | Blue Cross Blue Shield of ND, PO Box 6005, Fargo, ND 58108-6005 |
| 1148013 | * | Eide Bailly, LLP, PO Box 88678, Milwaukee, WI 53288-8678 |
| 1148014 | *+ | EverCommerce Solutions, Inc. ISALUS, LLC, 3601 Walnut St. Suite 400, Denver, CO 80205-4098 |
| 1148015 | *+ | Hanover Insurance, 204 W North St., Hanover, KS 66945-9060 |
| 1148018 | *+ | MMP Capital, 19 Engineers Lane, Farmingdale, NY 11735-1207 |
| 1148016 | * | McKesson Medical Surgical, PO Box 933027, Atlanta, GA 31193-3027 |
| 1148017 | *+ | Midwest Radiology, PO Box 2923, Indianapolis, IN 46206-2923 |
| 1148019 | *+ | Nodak Electric Cooperative, 4000 32nd Ave S, Grand Forks, ND 58201-5944 |
| 1148020 | *+ | Numana SEO, 26174 E Applewood Pl., Aurora, CO 80016-6138 |
| 1148021 | *+ | PIRS Capital (Poseidon), 1688 Meridian Ave Ste 700, Miami Beach, FL 33139-2713 |
| 1148022 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 300 Fifth Ave, Pittsburgh, PA 15222 |
| 1148023 | *+ | Radiation Physics Consultants, 2353 Iowa Ave, Superior, WI 54880-4516 |
| 1148025 | * | Siemens Medical Solutions USA Inc., Dept. CH 14195, Palatine, IL 60055-4195 |
| 1148026 | * | TF Group, Inc. d/b/a Taycor Financial, 100 N PCH, 15th Floor, El Segundo, CA 90245 |
| 1147811 | ## | Anil Potti, PO Box 17206, Chapel Hill, NC 27516-7206 |
| 1147843 | ##+ | Mitel, 6500 River Place Blvd Bldg 4 Ste 200, Austin, TX 78730-1120 |

TOTAL: 0 Undeliverable, 19 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Maurice VerStandig | on behalf of Interested Party Khaled Rabadi mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Sarah J. Wencil | on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov |
| Steven R Kinsella | on behalf of Debtor The Medical Group LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| United States Trustee | USTPRegion12.SX.ECF@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | The Medical Group, LLC<br>Name | EIN: | 86−1143765 |
| United States Bankruptcy Court | District of North Dakota | Date case filed for chapter: | 11 10/16/26 |
| Case number: | 26−30888 | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | The Medical Group, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5750 S Washington Street<br>Grand Forks, ND 58201 | |
| 4. | **Debtor's attorney**<br>Name and address | Steven R Kinsella<br>Fredrikson & Byron, P.A.<br>60 South Sixth Street<br>Ste 1500<br>Minneapolis, MN 55402 | Contact phone 612−492−7244<br>Email: skinsella@fredlaw.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 655 1ST AVENUE NORTH, SUITE 210<br>FARGO, ND 58102 | Hours open:<br>8:00am−4:30pm Mon−Fri<br>Contact phone (701) 297−7100<br>Date: 10/19/26 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **November 24, 2026 at 01:30 PM (Central)**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Teleconference *ONLY*, Toll Free: 888−330−1716, Access Code: 2513064#** |

**For more information, see page 2 >**

| | |
|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:**<br>**For all creditors (except a governmental unit):** 12/28/26<br>**For a governmental unit:** 4/14/27<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated;*<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| **8. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br>**Deadline for filing the complaint:** 1/25/27 |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |